# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Guangdongsheng Shunhechuanmei Co., Ltd.,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 24-CV-748<br><br>Hon. Jorge L. Alonso<br><br>Hon. Mag. Heather K. McShain |

### NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Defendants Guangdongsheng Shunhechuanmei Co., Ltd. ("Shunhechuanmei" or "Plaintiff"), by and through its attorneys, The Law Offices of Konrad Sherinian, LLC ("Sherinian Law"), hereby dismisses the Complaint, without prejudice, for all Defendants pursuant to Rule 41(a)(1)(A)(i).

No party has filed an answer or a motion for summary judgment.

GUANGDONGSHENG SHUNHECHUANMEI CO., LTD.

Date: February 7, 2024          By: /s/ Konrad Sherinian
                                     An attorney for plaintiff

<u>Attorneys for Plaintiff</u>

Konrad Sherinian
E-Mail:  ksherinian@sherinianlaw.net
Depeng (Edward) Bi
E-Mail:  ebi@sherinianlaw.net
THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street, Suite # 200
Naperville, Illinois 60563
Telephone:  (630) 318-2606
Facsimile:  (630) 364-5825

## CERTIFICATE OF SERVICE

I, Konrad Sherinian, an attorney, hereby certify that on February 7, 2024, I served the listed documents in Case No. 24-cv-748 (N.D. Ill.), otherwise known as *Guangdongsheng Shunhech-uanmei Co., Ltd. v. THE PARTNERSHIPS and UN-INCORPO-RATED ASSOCIA-TIONS IDENTIFIED ON SCHEDULE "A"*. via the Court's CM/ECF system shortly after the filing of the listed documents to counsel of record.

### SERVED DOCUMENTS

- This Certificate of Service
- Plainitiff's NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

/s/ Konrad Sherinian
Konrad Sherinian

Konrad Sherinian
THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street
Suite # 200
Naperville, Illinois 60563
P: (630) 318-2606
F: (630) 364-5825
Email: ksherinian@sherinianlaw.net

3